UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHERENE JOHNSON,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| **vs.** | }   CASE NO. CV 2:09-cv-0783-SLB |
| | } |
| **ALLIEDBARTON SECURITY** | } |
| **SERVICES, LLC,** | } |
| | } |
| **Defendant.** | } |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, Defendant's Motion for Approval of Settlement Agreement, (doc. 33),[1] is **GRANTED**. The parties' settlement, as it pertains to Plaintiff's Fair Labor Standards Act ("FLSA") claims, is **APPROVED**. The Judgment here entered is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of an FLSA violation, willful, intentional, or otherwise.

Pursuant to the parties' agreement, this case is **DISMISSED WITH PREJUDICE**. The court retains jurisdiction to enforce the terms of the agreement reached between the parties.

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

**DONE**, this 26th day of July, 2010.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE